UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Shavonte Hill,<br><br>Defendant. | Case No. 2:22-mj-00726-BNW<br><br>**Order re ECF No. 17** |

Presently before the Court is Defendant Shavonte Hill's Motion for Temporary Release. ECF No. 17. The Government opposed at ECF No. 19.[1] The Court held a hearing on December 7, 2022. ECF No. 20.

Mr. Hill seeks temporary release to attend his father's funeral that is scheduled for December 9, 2022. ECF No. 17 at 2. The Court will not order his release but will allow him to spend some time in the presence of his deceased father at the funeral home while in the company of United States Marshals. As explained in Court, whether and when Mr. Hill will be able to visit with his father at the funeral home depends on several factors which are outside of this Court's control.

To be clear, this order does not allow Mr. Hill to physically *attend the service*, as USMS policy does not allow for that. Nevertheless, Mr. Hill will be allowed to virtually participate in the service from the detention center. This Court requests that the detention center allow Mr. Hill to be in a private room while he virtually participates in the service.

**IT IS THEREFORE ORDERED** that the U.S. Marshals Service shall make arrangements with the New Jerusalem Worship Center located at 1818 N. Martin Luther King Blvd; Las Vegas, NV 89106 for Mr. Hill to have an in-person visit with his father while accompanied by four U.S. Marshals.

---

[1] At the hearing, the Government stated that it did not oppose Mr. Hill visiting the funeral home for an in-person private viewing where he would be accompanied by four U.S. Marshals. ECF No. 20.

1

**IT IS FURTHER ORDERED** that Nevada Southern Detention Center shall make arrangements to allow Mr. Hill to observe his father's funeral by video conference on December 9, 2022 between 12:00 p.m. and 2:30 p.m.

DATED: December 7, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE