JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/ Fax: 702.388.6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAVONTE HILL,<br><br>Defendant. | Case No. 2:22-mj-726-BNW<br><br>**Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Andrew Leavitt, Esq., counsel for Defendant Shavonte Hill, that the Court vacate the Preliminary Hearing schedule for March10, 2023, and continue it for forty-five (45) days. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1.    Defendant and Mr. Leavitt, Esq. need additional time to review the discovery, conduct any necessary follow up investigation, and engage in pretrial motion practice, if warranted, before the Preliminary Hearing. Also, the parties are communicating to see if this matter can be resolved by plea negotiation and a written plea agreement has been sent for the defendant's consideration. If so, the preliminary hearing could be vacated to conserve judicial resources once a change of plea hearing is held.

2.    Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

3.    However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

4.    Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

5.    Additionally, Defendant needs additional time to investigate potential defenses to make an informed decision as to how to proceed.

6.    Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 45 days from the current hearing date, March 10, 2023.

7.    Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C.

§ 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

8.     The parties agree to the extension of that deadline.

9.     Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

10.     In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

11.     This is the third request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 6th day of March, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Andrew Leavitt, Esq.*
ANDREW LEAVITT, ESQ.
Counsel for Defendant HILL

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SHAVONTE HILL,

        Defendant.

Case No. 2:22-mj-726-BNW

**Order on Stipulation to
Extend Deadlines to Conduct
Preliminary Hearing and
File Indictment**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 10, 2023 be vacated and continued to May 4, 2023 at 1:00 p.m.

DATED: March 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE